# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>PHORN PRIN, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-05159<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PHORN PRIN the above process on the 9 day of November, 2016, at 1:19 o'clock, PM, at 508 GREENWICH ST PHILADELPHIA, PA 19147, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By handing a copy to the Defendant(s)

Description: Approximate Age <u>46-50</u>   Height <u>5'1</u>   Weight <u>200</u>   Race <u>ASIAN</u>   Sex <u>FEMALE</u>   Hair <u>GRAY</u>

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>PA</u>     )
                                  ) SS:
County of <u>Berks</u>              )

Before me, the undersigned notary public, this day, personally, appeared <u>Shannon Becker</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-160044
Case ID #:4739154

Subscribed and sworn to before me
this <u>14</u> day of <u>Nov</u>, 20<u>16</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017